# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBORAH GROOMS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:23-cv-1544-JDW |
| | : | |
| **SKLAR LAW, LLC,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 10th day of May, 2023, upon consideration of Plaintiff Deborah Grooms's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Motion To Proceed *In Formal Pauperis* (ECF No. 1) is **GRANTED**;

2. The Complaint is **DEEMED** filed; and

3. The Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall mark this case closed.

                        **BY THE COURT:**

                        */s/ Joshua D. Wolson*
                        **JOSHUA D. WOLSON, J.**